## IN THE UNITED STATES DISTRICTCOURT

## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MITCHELL CARTER and, | ) | C.A. No.: 10-721 SLR |
| SARAH CARTER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL E. NICKLE and, | ) | |
| QUALITY CARRIERS, INC., and, | ) | |
| OCL CORPORATION | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, that the above-captioned action is hereby dismissed with prejudice.

      /s/ Paul Wernle, Jr.
PAUL WERNLE, JR. (#2461)
92 Reads Way, Suite 106
New Castle, DE 19720
(302-221-3340)
Attorney for Plaintiffs


      /s/ Eric D. Boyle
ERIC D. BOYLE (#3577)
Franklin & Prokopik
300 Delaware Avenue, Ste. 1340
Wilmington, DE 19801
(302-594-9780)
*eboyle@fandpnet.com*
Attorney for Defendants

Dated:   12/22/11